1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOYCE J. PASCO, LOUIS PASCO, BRIAN ANTHONY SOTO, LAURA TOLBERT, STEVE TOLBERT, STANLEY EVANS, JEAN EVANS, SANDRA GENTRY, JAMES GENTRY, LYLE FISCHER, TAMMY FISCHER, LINDA STRAWN, KEN STRAWN, MARION JONES, CARLA JONES, WILLIAM JONES and LINDA JONES,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY; AMYLIN PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1 through 15,<br><br>  Defendants. | Case No. 4:09-CV-02343 VRW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT |
|---|---|

1    This matter has come before the Court on the parties' Stipulation for
2 Remand to San Francisco Superior Court.  Having considered the parties' stipulation, and
3 good cause appearing therefor, the Court hereby orders as follows:
4    The parties' Stipulation to Remand to San Francisco Superior Court is
5 GRANTED.  It is ORDERED that the above-captioned matter is hereby remanded to the
6 San Francisco Superior Court.

8    IT IS SO ORDERED.

10 DATED: ___July 31_____, 2009

Honorable Vaughn R Walker
United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

- 2 -

[PROPOSED] ORDER GRANTING
STIPULATION TO REMAND
4:09-CV-02343 VRW